| | |
|---|---|
| 1 | SHEILA M. SALOMON (SBN 164619)<br>ANDREW L. CHANG (SBN 222309) |
| 2 | SHOOK, HARDY & BACON L.L.P.<br>333 Bush Street, Suite 600 |
| 3 | San Francisco, California 94104-2828<br>Telephone:    (415) 544-1900 |
| 4 | Facsimile:    (415) 391-0281 |
| 5 | ssalomon@shb.com<br>achang@shb.com |
| | Attorneys for Plaintiffs |
| 6 | MOTOWN RECORD COMPANY, L.P.; PRIORITY<br>RECORDS LLC; UMG RECORDINGS, INC.; LOUD |
| 7 | RECORDS, LLC; INTERSCOPE RECORDS; FONOVISA,<br>INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ARISTA |
| 8 | RECORDS LLC; ATLANTIC RECORDING CORP.;<br>ELEKTRA ENTERTAINMENT GROUP INC.; LAVA |
| 9 | RECORDS, LLC; LONDON-SIRE RECORDS INC.;<br>MAVERICK RECORDING CO.; SONY BMG MUSIC |
| 10 | ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.;<br>and WARNER BROS. RECORDS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; FONOVISA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAVA RECORDS LLC, a Delaware limited liability company; LONDON-SIRE RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs, | CASE NO. 05-4361 ~~HRL~~  JSW<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

Dockets.Justia.com

vs.

DOES 1-124,

    Defendants.

Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the Declaration of Sheila M. Salomon, and Plaintiffs' Request for Judicial Notice, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on SBC Internet Services, Inc. to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for each Defendant. The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant infringement.

Dated: November 3, 2005

*Jeffrey S. White*
United States District Judge