Leemore Libesman, SBN 221969
HOLME ROBERTS & OWEN LLP
777 South Figueroa, Suite 2800
Los Angeles, California 90017
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: leemore.libesman@hro.com

Attorneys for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; LOUD RECORDS, LLC; INTERSCOPE RECORDS; FONOVISA, INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORP.; ELEKTRA ENTERTAINMENT GROUP INC.; LAVA RECORDS, LLC; LONDON-SIRE RECORDS INC.; MAVERICK RECORDING CO.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; FONOVISA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAVA RECORDS LLC, a Delaware limited liability company; LONDON-SIRE RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-124,<br><br>Defendants. | Case No. 3:05-cv-4361 JSW<br><br>**APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

97728v1

SUBSTITUTION OF ATTORNEYS
Case No. 3:05-cv-4361 JSW

1  Plaintiffs hereby apply to substitute in Holme Roberts & Owen LLP as its attorney of record
2  in this action in the place of Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San
3  Francisco, California 94104-2828. Plaintiffs and counsel have consented to said substitution as
4  indicated below by execution of this application.

6  Dated: February 15, 2006  SHOOK, HARDY & BACON L.L.P.

8  By: _____
9  ANDREW L. CHANG

11 I accept this substitution.
   Dated: February 14, 2006  HOLME ROBERTS & OWEN LLP

13 By: _____
14 LEEMORE LIBESMAN

16 I consent to this substitution.
   Dated: 2/16, 2006  PLAINTIFFS

18 By: _____
19 KENNETH DOROSHOW
   Senior Vice President of Legal Affairs
20 Recording Industry Association of America

## ORDER

Plaintiffs' application for substitution of attorneys is granted.

Dated: February 27, 2006

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

SUBSTITUTION OF ATTORNEYS
Case No. 3:05-cv-4361 JSW

97728v1